UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-545-AB-18 |
| Plaintiff, | ORDER DENYING DEFENDANT'S APPLICATION TO RECONSIDER ORDER DENYING PRETRIAL RELEASE |
| v. | |
| Douglas Torres, | |
| Defendant. | |

I.

This matter is before the court on defendant's application to reconsider the court's 3/25/2024 order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government (✓) is ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

II.

A.  (✓)  The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B.  (✓)  The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A.  (✓) the nature and circumstances of the offense(s) charged;
B.  (✓) the weight of the evidence against defendant;
C.  (✓) the history and characteristics of defendant;
D.  (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E.  (✓) the Pretrial Services Report/Recommendation;
F.  (✓) the evidence proffered/presented at the hearing;
G.  (✓) the arguments of counsel.

IV.

The Court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons and the community based on: __Criminal history,__ __offense allegations__

```
 1     B.   (✓) Defendant poses a serious flight risk based on: family ties;
 2          prior conviction for evading law enforcement; lack of
 3          legal status / prior deportation; alleged commission of
 4          instant offense while on supervised supply; a
            disinclination to obey / comply with conditions of release
 5     C.   ( ) A serious risk exists that defendant will:
 6          1.   ( ) obstruct or attempt to obstruct justice;
 7          2.   ( ) threaten, injure or intimidate a prospective
 8                   witness or juror or attempt to do so;
 9          based on: _____
10          _____
11          _____
12          _____
13     D.   (✓) Defendant has not rebutted by sufficient evidence to
14          the contrary the presumption provided in 18 U.S.C.
15          § 3142(e) that no condition or combination of
16          conditions will reasonably assure the safety of any
17          other person and the community;
18          and/or
19          (✓) Defendant has not rebutted by sufficient evidence to
20          the contrary the presumption provided in 18 U.S.C.
21          § 3142(e) that no condition or combination of
22          conditions will reasonably assure the appearance of
23          defendant as required.
24     IT IS ORDERED that Defendant's Application is denied and that
25  defendant be detained prior to trial.
26     IT IS FURTHER ORDERED that defendant be committed to the custody
27  of the Attorney General for confinement to a corrections facility
28
```

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 5/28/2024

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge